_AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHARLES E. MOON<br>3811 Minnesota Dr. #207<br>ANCHORAGE, AK | **CRIMINAL COMPLAINT**<br><br>Case Number:  3-06-MJ-00050-JDR |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about March 03, 2006 in Anchorage County, in the Municipality of Anchorage District of Alaska shall, where the acts in defendant(s) did,

*(Track Statutory Language of Offense)*

102-74.390- All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property which:(a) *Creates loud or unusual noise or a nuisance;*

102-74.405 Except where the head of the responsible agency or his or her designee has granted an exemption in writing for the appropriate official use of alcoholic beverages, *all persons entering in or on Federal property are prohibited from being under the influence or using alcoholic beverages*.

in violation of Title  41  Code of Federal Regulations  102-74.390 (a) & 102-74.405

I further state that I am a(n) Law Enforcement Officer and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

/s/ Bert C. Heitstuman
Signature of Complainant

Bert C. Heitstuman
Printed Name of Complainant

Sworn to before me and signed in my presence,

at  Anchorage, Alaska
City and State

Date: March 9, 2006

John D. Roberts, U.S. Magistrate Judge    **/s/ John D. Roberts (Seal Affixed)**
Name and Title of Judge                    Signature of Judge