AO83 (Rev. 10/03) Summons in a Criminal Case

**ORIGINAL**

RECEIVED
MAR 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA
V.

CHARLES E. MOON



(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   **3-06-mj-00050-JDR**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Federal Building & U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513<br>Before: | Courtroom 6 |
| | Date and Time |
| | Tuesday, March 28, 2006 @1:30 p.m. |

To answer a(n)
☐ Indictment  ☐ Information  x Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title   41 Code of Federal Regulations 102-74.390(a) & 102-74.405

Brief description of offense:
102-74.390- All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property which: (a) creates loud or unusual noise or a nuisance;
102-74.405 Except where the head of the responsible agency or his or her designee has granted an exemption use of alcoholic beverages, all person entering in or on Federal property are prohibited from being under the influence or using alcoholic beverages.
   See Attached Affidavit

**REDACTED SIGNATURE**

JOHN D. ROBERTS, U.S. Magistrate Judge                /s/ John D. Roberts (SEAL AFFIXED)
Name and Title of Issuing Officer                              Signature of Issuing Officer

March 8, 2006
Date

AO 83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE
3:06-mj-00050-JDR

| | Date |
|---|---|
| Service was made by me on:[1] | 03/09/2006 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 1021 W. 3RD AVE. ANCHORAGE, AK

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
        Date

Randy M. Johnson
Name of United States Marshal

_____
(by) Deputy United States Marshal
(BY) INSPECTOR
FEDERAL PROTECTIVE SERVICE

Remarks: