```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs    CHARLES MOON    CASE NO.  3:06-MJ-00050-JDR
Defendant: X Present    X On Summons

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      STEPHAN COLLINS

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT/IMPOSITION OF
        SENTENCE Held 03/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

 X Copy of Complaint given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, penalties and charges.

 X Defendant states true name:   Same as above.

 X PLEAS:  X Guilty to Count 1 of the Complaint; On Motion of the
U.S. Attorney, remaining Count 2 of the Complaint is dismissed.

 X Court accepted plea;  Defendant waived preparation of
Presentence Report.

 X Court stated findings/reasons.

 X Defendant sentenced as stated in the judgment.

 X Notice of Appeal form and Payment Coupon given to defendant.

At 2:07 p.m. court adjourned.




DATE:     March 28, 2006      DEPUTY CLERK'S INITIALS:    Ce